## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

EARNEST J. FILES,      )
          )
    Petitioner,     )
          )
v.           )    Case No.: 2:18-cv-01346-LSC-HNJ
          )
WARDEN GWENDOLYN GIVENS,  )
et al.,        )
          )
    Respondents.   )

## MEMORANDUM OPINION

Earnest J. Files, an Alabama state prisoner proceeding *pro se*, filed a petition and amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docs. 1, 2). On November 22, 2019, the magistrate judge entered a report recommending the court grant Respondents' motion for summary dismissal and dismiss the petitions with prejudice as unexhausted and procedurally defaulted. (Doc. 18). The magistrate judge advised the parties of their right to file specific written objections within fourteen (14) days. (*Id.* at 9). On December 9, 2019, the magistrate judge granted Files's motion for an extension of time to file objections, in part, and ordered Files to file objections within fourteen days of the entry date of the order. (Doc. 20). Instead of filing objections, Files petitions the court for a writ of habeas corpus ad testificandum directing Respondents to bring him before the court and moves for leave to file an amended petition. (Docs. 21, 22).

1

The court **DENIES** Files's petition for a writ of habeas corpus ad testificandum. Moreover, Files's proposed amended petition, (doc. 22), is a nearly verbatim copy of his first amended petition which this court has considered. Accordingly, the court **DENIES** Files's motion for leave to file an amended petition.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** his recommendation. Respondents' motion for summary dismissal is due to be granted and Files's petition and amended petition for a writ of habeas corpus are due to be dismissed with prejudice as unexhausted and procedurally defaulted. The court denies a certificate of appealability.

The court will enter a separate order.

**DONE** AND **ORDERED** ON JANUARY 22, 2020.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704